No. 96–1024. OHIO ASSOCIATION OF INDEPENDENT SCHOOLS ET AL. *v.* GOFF ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1032. CINCINNATI ENQUIRER, A DIVISION OF GANNETT SATELLITE INFORMATION NETWORK, INC. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1046. SHAPER *v.* TRACY, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–1047. COUNTY OF NASSAU ET AL. *v.* AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO (AFSCME), ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1048. ZIELINSKI *v.* OAK FOREST POLICE PENSION BOARD. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–1074. DAVIS *v.* HANOVER INSURANCE CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1083. LIFE COLLEGE, INC. *v.* MANGUM, DIRECTOR, NONPUBLIC POSTSECONDARY EDUCATION COMMISSION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1113. ROSATI *v.* COTTMAN TRANSMISSION SYSTEMS, INC. C. A. 3d Cir. Certiorari denied.

No. 96–1119. BOYLE *v.* COLORADO BOARD OF MEDICAL EXAMINERS. Ct. App. Colo. Certiorari denied.

No. 96–1147. LARK *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96–1164. LAPLANT *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–1169. DU VALL *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.